# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jay Rothenberger                  BK NO. 17-00628 HWV

                 Debtor(s)                  Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2004-13 and index same on the master mailing list.

                                                                       Respectfully submitted,

                                                        **/s/ James C. Warmbrodt, Esquire**
                                                        James C. Warmbrodt, Esquire
                                                        KML Law Group, P.C.
                                                        BNY Mellon Independence Center
                                                        701 Market Street, Suite 5000
                                                        Philadelphia, PA  19106
                                                        215-627-1322