```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 17-00628-HWV
Jay Rothenberger                                                    Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1         User: AutoDocke             Page 1 of 1              Date Rcvd: Jul 23, 2020
                             Form ID: pdf010             Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2020.
db             +Jay Rothenberger,    217 Center Street,    Enola, PA 17025-2606
cr             +The Bank Of New York Mellon, et al,    c/o Prober & Raphael, A Law Corporation,
                 20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
4986933        +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
4986934        +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806,
                 Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
4886279        +Ditech,   Attn: Bankruptcy,    Po Box 6172,    Rapid City SD 57709-6172
4936608         THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    PO Box 6154,    Rapid City, SD 57709-6154
4984858        +THE BANK OF NEW YORK MELLON, et al,    c/o PROBER & RAPHAEL, A LAW CORPORATION,
                 20750 Ventura Boulevard, Suite 100,    Woodland Hills, California 91364-6207
5182648        +THE BANK OF NEW YORK MELLON, et al,    c/o CARRINGTON MORTGAGE SERVICES, LLC,
                 1600 SOUTH DOUGLASS ROAD,    ANAHEIM, CA 92806-5948
4886282        +Yolanda Rothenberger,    217 Center Street,    Enola PA 17025-2606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4986933        +E-mail/Text: BKBCNMAIL@carringtonms.com Jul 23 2020 19:25:39
                 Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
4986934        +E-mail/Text: BKBCNMAIL@carringtonms.com Jul 23 2020 19:25:40
                 Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806,
                 Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
4886280         E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 23 2020 19:25:42     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia PA 19101-7346
4886281         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 23 2020 19:25:46       PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg PA 17128-0946
5182648        +E-mail/Text: BKBCNMAIL@carringtonms.com Jul 23 2020 19:25:39
                 THE BANK OF NEW YORK MELLON, et al,    c/o CARRINGTON MORTGAGE SERVICES, LLC,
                 1600 SOUTH DOUGLASS ROAD,    ANAHEIM, CA 92806-5948
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4886278         1-17-00628-mdf
cr*            +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
                                                                                 TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2020                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   The Bank of New York Mellon, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-backed Certificates, Series 2004-13
               bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor   The Bank of New York Mellon, F/K/A The Bank of New
               York as trustee for registered Holders of CWABS, Inc., Asset-backed Certificates, Series 2004-13
               JSchwartz@mesterschwartz.com
              Jason Brett Schwartz    on behalf of Creditor   The Bank Of New York Mellon, et al
               JSchwartz@mesterschwartz.com
              Lisa A Rynard    on behalf of Debtor 1 Jay  Rothenberger lrynard@pkh.com,
               rwhitfield@pkh.com;aburd@pkh.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
JAY ROTHENBERGER : CASE NO. 1-17-00628-HWV
:
Debtor :

## ORDER DISMISSING CASE

Upon consideration of Motion of Debtor's for Voluntary Dismissal,

**IT IS ORDERED AND DECREED** that the case of the above-named Debtor be and it hereby is Dismissed and it is further

**ORDERED** that the Trustee be and he hereby is discharged from further responsibility in this case.

Dated: July 23, 2020    By the Court,

_Henry W. Van Eck_
Henry W. Van Eck, Chief Bankruptcy Judge (LS)